An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD AUTHOR JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61806

**FILED**

MAY 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of open or gross lewdness. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Richard Author Johnson contends that, because the sentence imposed is within the legal limitations and consistent with the guilty plea agreement, this court should construe his notice of appeal as an expression of dissatisfaction with his guilty plea agreement and remand this matter to the district court so that he may have the opportunity to seek to withdraw his guilty plea. If Johnson is dissatisfied with his guilty plea, the appropriate action is to file a motion to withdraw the plea or a post-conviction petition for a writ of habeas corpus pursuant to NRS Chapter 34 in the district court. *See Bryant v. State*, 102 Nev. 268, 272, 721 P.2d 364, 367-68 (1986), *limited by Smith v. State*, 110 Nev. 1009, 1010 n.1, 879 P.2d 60, 61 n.1 (1994). Because Johnson does not challenge

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14271

the judgment of conviction or his sentence and he has not demonstrated any error, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Connie J. Steinheimer, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk